Michael L. Rodenbaugh (SBN 179059)
LOZA & LOZA LLP
305 N. Second Avenue, #127
Upland, CA 91786
Phone: (415) 738-8087

Matthew J. Ladenheim (*pro hac vice forthcoming*)
Jonathan M. Hines (*pro hac vice forthcoming*)
TREGO, HINES & LADENHEIM, PLLC
10224 Hickorywood Hill Ave., Suite 202
Huntersville, NC 28078
Phone: (704) 599-8911

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| U.S. COTTON, LLC<br><br>    Plaintiff<br><br>vs.<br><br>A TO Z BEAUTY, LLC D/B/A CLIGANIC<br><br>    Defendant. | Civil Action No.: 4:21-cv-02141-HSG<br><br>**Stipulated Request for Order Changing Time** |

Pursuant to Civil L.R. 6-2, due to pre-scheduled conflict preventing counsel from attending, the parties stipulate to continue the Case Management Conference, currently set for July 6, 2021, for one week, to July 13, 2021. The attached Declaration of Michael Rodenbaugh, Esq., sets forth the information required by L.R. 6-2.

PAGE - 1         **Stipulated Request for Order Changing Time**

Respectfully submitted,

**LOZA & LOZA LLP**

Dated: June 3, 2021

By: /s/ Mike Rodenbaugh

Michael L. Rodenbaugh (SBN 179059)
LOZA & LOZA LLP
305 N. Second Avenue, #127
Upland, CA 91786
Phone: (415) 738-8087

Matthew J. Ladenheim
(*pro hac vice*)
Jonathan M. Hines
(*pro hac vice*)
TREGO, HINES & LADENHEIM, PLLC
10224 Hickorywood Hill Ave., Suite 202
Huntersville, NC 28078
Phone: 704-599-8911

*Attorneys for Plaintiff*
*U.S. Cotton, LLC*

Dated: June 3, 2021

Respectfully submitted,

By: */s/ Erik R. Fuehrer*
Erik R. Fuehrer (Bar No. 252578)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Tel: 650.833.2000
Fax: 650.833.2001
erik.fuehrer@us.dlapiper.com

Attorneys for Defendant
A TO Z BEAUTY, LLC D/B/A CLIGANIC

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

*Haywood S. Gilliam Jr.* (signature)  6/4/2021
District Judge Haywood S. Gilliam Jr.   Date