Michael L. Rodenbaugh (SBN 179059)
Rodenbaugh Law
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087

Matthew J. Ladenheim (*pro hac vice*)
Jonathan M. Hines (*pro hac vice*)
TREGO, HINES & LADENHEIM, PLLC
10224 Hickorywood Hill Ave., Suite 202
Huntersville, NC 28078
Phone: (704) 599-8911

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| U.S. COTTON, LLC<br><br>      Plaintiff<br><br>vs.<br><br>A TO Z BEAUTY, LLC D/B/A CLIGANIC<br><br>      Defendant. | Civil Action No.: 4:21-cv-02141-HSG<br><br>**STIPULATION AND ORDER REQUESTING RELIEF FROM CASE DEADLINES AND SCHEDULING OF CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 16-2(d) and 7-12, and further to the telephonic conference with the Court on December 16, 2021 (ECF No. 46), and to the Court's order dated January 4, 2022 (ECF No. 50), Defendant A To Z Beauty, LLC d/b/a Cliganic ("Cliganic") and Plaintiff U.S. Cotton, LLC ("USC"), hereby stipulate and respectfully request that the Court stay all deadlines in this matter for approximately 30 days, including continuance of all deadlines

1

currently established by this Court's Amended Scheduling Order (ECF No. 50), to provide the parties opportunity to complete the agreed settlement of this matter.  A representative of each party has signed a short-form settlement agreement that is intended to resolve this case.  The parties and counsel expect to reach a final agreement, and expect all conditions to be completed – including dismissal of this action – no later than February 4, 2022.

There have been two prior stipulations and resulting orders (ECF No. 40, 50) affecting the court's scheduling orders.

The parties and their counsel maintain there is good cause for this extension as the party representatives have reached a written settlement in principle, and they intend to promptly and completely resolve this matter without further undue litigation cost or burden to the Court.

In the event the matter is not dismissed by February 4, 2022, the parties propose the following, amended schedule at this time:

| EVENT | PROPOSED SCHEDULE |
| --- | --- |
| Rule 26(a)(1) Initial Disclosures | Complete |
| Disclosure of Asserted Claims and Infringement Contentions by Plaintiff (Patent L.R. 3-1 & 3-2) | Complete |
| Invalidity Contentions by Defendant (Patent L.R. 3-3 and 3-4) | Complete |
| Exchange of Proposed Terms for Claim Construction (Patent L.R. 4-1) | Complete |
| Exchange of Preliminary Constructions and Extrinsic Evidence (Patent L.R. 4-2) | February 11, 2022 |
| Damages Contentions by Plaintiff (Patent L.R. 3-8) | February 18, 2022 |

STIPULATION AND [PROPOSED] ORDER RE CASE DEADLINES
Case No. 4:21-cv-02141-HSG

| Joint Claim Construction and Prehearing Statement and Expert Reports for Claim Construction (Patent L.R. 4-3) | February 25, 2022 |
|---|---|
| Responsive Damages Contentions by Defendant (Patent L.R. 3-9) | March 11, 2022 |
| Last Day to Amend Pleadings | March 25, 2022 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | March 25, 2022 |
| Opening Claim Construction Brief by Plaintiff (Patent L.R. 4-5(a)) | April 8, 2022 |
| Responsive Claim Construction Brief by Defendant (Patent L.R. 4-5(b)) | April 22, 2022 |
| Reply Claim Construction Brief by Plaintiff (Patent L.R. 4-5(c)) | April 29, 2022 |
| Claim Construction Hearing | May 13, 2022 at 2p.m. or at the Court's convenience |
| Issuance of Claim Construction/Pretrial Order ["PO"] | At the convenience of the Court |

Respectfully submitted,

**RODENBAUGH LAW**

Dated: January 6, 2022

By: _Mike Rodenbaugh_

Michael L. Rodenbaugh (SBN 179059)
Rodenbaugh Law
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087

Matthew J. Ladenheim (*pro hac vice*)
Jonathan M. Hines (*pro hac vice*)

3

TREGO, HINES & LADENHEIM, PLLC
10224 Hickorywood Hill Ave., Suite 202
Huntersville, NC  28078
Phone: 704-599-8911

*Attorneys for Plaintiff*
*U.S. Cotton, LLC*

Dated: January 6, 2022

Respectfully submitted,

By: */s/ Erik R. Fuehrer*
Erik R. Fuehrer (Bar No. 252578)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303
Tel:  650.833.2000
Fax:  650.833.2001
erik.fuehrer@us.dlapiper.com

Michael G. Strapp (*pro hac vice*)
Christopher Deck (*pro hac vice*)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: 617.406.6000
Fax: 617.406.6100
michael.strapp@us.dlapiper.com
christopher.deck@us.dlapiper.com

Attorneys for Defendant
A TO Z BEAUTY, LLC D/B/A CLIGANIC

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

District Judge Haywood S. Gilliam Jr.          1/7/2022
                                              Date

4

STIPULATION AND ORDER RE CASE DEADLINES
Case No. 4:21-cv-02141-HSG