Michael L. Rodenbaugh (SBN 179059)
Rodenbaugh Law
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087

Matthew J. Ladenheim (*pro hac vice*)
Jonathan M. Hines (*pro hac vice*)
TREGO, HINES & LADENHEIM, PLLC
10224 Hickorywood Hill Ave., Suite 202
Huntersville, NC 28078
Phone: (704) 599-8911

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| U.S. COTTON, LLC<br><br>  Plaintiff<br><br>vs.<br><br>A TO Z BEAUTY, LLC D/B/A CLIGANIC<br><br>  Defendant. | Civil Action No.: 4:21-cv-02141-HSG<br><br>**STIPULATION AND ORDER REQUESTING RELIEF FROM CASE DEADLINES AND SCHEDULING OF CASE MANAGEMENT CONFERENCE** |

    Pursuant to Civil Local Rule 16-2(d) and 7-12, and further to the telephonic conference with the Court on December 16, 2021 (ECF No. 46), and to the Court's order dated January 8, 2022 (ECF No. 52), Defendant A To Z Beauty, LLC d/b/a Cliganic ("Cliganic") and Plaintiff U.S. Cotton, LLC ("USC"), hereby stipulate and respectfully request that the Court stay all deadlines in this matter for an additional 30 days, including continuance of all deadlines

1

STIPULATION AND ORDER RE CASE DEADLINES
Case No. 4:21-cv-02141-HSG

currently established by this Court's Amended Scheduling Order (ECF No. 52), to provide the parties opportunity to complete the agreed settlement of this matter.  The parties and counsel believe this will be the final extension necessary.  The parties now have agreed to all terms of a settlement agreement that will result in voluntary dismissal of this case.  However, the agreement calls for the provision by Defendant to Plaintiff of samples of certain products prior to final execution of the agreement.  Because of shipping delays and logistic challenges, the parties need another few weeks for Defendant to ship these products to Plaintiff.  Counsel for both parties expect this process to be complete within 30 days.

There have been three prior stipulations and resulting orders (ECF No. 40, 50, 52) affecting the court's scheduling orders.

The parties and their counsel maintain there is good cause for this extension as the party representatives have reached a final written settlement in principle, and they intend to promptly and completely resolve this matter without further undue litigation cost or burden to the Court.

In the event the matter is not dismissed by March 7, 2022, the parties propose the following, amended schedule at this time:

| EVENT | PROPOSED SCHEDULE |
|---|---|
| Rule 26(a)(1) Initial Disclosures | Complete |
| Disclosure of Asserted Claims and Infringement Contentions by Plaintiff (Patent L.R. 3-1 & 3-2) | Complete |
| Invalidity Contentions by Defendant (Patent L.R. 3-3 and 3-4) | Complete |
| Exchange of Proposed Terms for Claim Construction (Patent L.R. 4-1) | Complete |

STIPULATION AND ORDER RE CASE DEADLINES
Case No. 4:21-cv-02141-HSG

| Exchange of Preliminary Constructions and Extrinsic Evidence (Patent L.R. 4-2) | March 14, 2022 |
|---|---|
| Damages Contentions by Plaintiff (Patent L.R. 3-8) | March 21, 2022 |
| Joint Claim Construction and Prehearing Statement and Expert Reports for Claim Construction (Patent L.R. 4-3) | March 28, 2022 |
| Responsive Damages Contentions by Defendant (Patent L.R. 3-9) | April 11, 2022 |
| Last Day to Amend Pleadings | April 25, 2022 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | April 25, 2022 |
| Opening Claim Construction Brief by Plaintiff (Patent L.R. 4-5(a)) | May 9, 2022 |
| Responsive Claim Construction Brief by Defendant (Patent L.R. 4-5(b)) | May 23, 2022 |
| Reply Claim Construction Brief by Plaintiff (Patent L.R. 4-5(c)) | May 30, 2022 |
| Claim Construction Hearing | June 10, 2022 at 2p.m. or at the Court's convenience |
| Issuance of Claim Construction/Pretrial Order ["PO"] | At the convenience of the Court |

Respectfully submitted,

**RODENBAUGH LAW**

Dated: February 7, 2022

By: _Mike Rodenbaugh_

Michael L. Rodenbaugh (SBN 179059)
Rodenbaugh Law

3

STIPULATION AND ORDER RE CASE DEADLINES
Case No. 4:21-cv-02141-HSG

548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087

Matthew J. Ladenheim (*pro hac vice*)
Jonathan M. Hines (*pro hac vice*)
TREGO, HINES & LADENHEIM, PLLC
10224 Hickorywood Hill Ave., Suite 202
Huntersville, NC  28078
Phone: 704-599-8911

*Attorneys for Plaintiff*
*U.S. Cotton, LLC*

Dated: February 7, 2022

Respectfully submitted,

By: */s/ Erik R. Fuehrer*
Erik R. Fuehrer (Bar No. 252578)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303
Tel:  650.833.2000
Fax:  650.833.2001
erik.fuehrer@us.dlapiper.com

Michael G. Strapp (*pro hac vice*)
Christopher Deck (*pro hac vice*)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: 617.406.6000
Fax: 617.406.6100
michael.strapp@us.dlapiper.com
christopher.deck@us.dlapiper.com

Attorneys for Defendant
A TO Z BEAUTY, LLC D/B/A CLIGANIC

4

STIPULATION AND ORDER RE CASE DEADLINES
Case No. 4:21-cv-02141-HSG

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

2

3    _Haywood S. Gilliam Jr._                    2/8/2022
     District Judge Haywood S. Gilliam Jr.                    Date

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                5

STIPULATION AND ORDER RE CASE DEADLINES
Case No. 4:21-cv-02141-HSG