Michael L. Rodenbaugh (SBN 179059)
Rodenbaugh Law
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087

Matthew J. Ladenheim (*pro hac vice*)
Jonathan M. Hines (*pro hac vice*)
TREGO, HINES & LADENHEIM, PLLC
10224 Hickorywood Hill Ave., Suite 202
Huntersville, NC 28078
Phone: (704) 599-8911

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| U.S. COTTON, LLC<br><br>    Plaintiff<br><br>vs.<br><br>A TO Z BEAUTY, LLC D/B/A CLIGANIC<br><br>    Defendant. | Civil Action No.: 4:21-cv-02141-HSG<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; ORDER** |

   The parties, by and through their undersigned counsel, having amicably settled their dispute, hereby stipulate and agree to dismiss all claims and any counterclaims in this action <u>with prejudice</u>, each party to bear its own attorneys' fees and costs.

1

STIPULATED DISMISSAL WITH PREJUDICE
Case No. 4:21-cv-02141-HSG

|  |  |
|---|---|
| 1 | Respectfully submitted, |
| 2 | **RODENBAUGH LAW** |

Dated: March 9, 2022

By: *[signature: Mike Rodenbaugh]*

Michael L. Rodenbaugh (SBN 179059)
Rodenbaugh Law
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087

Matthew J. Ladenheim (*pro hac vice*)
Jonathan M. Hines (*pro hac vice*)
TREGO, HINES & LADENHEIM, PLLC
10224 Hickorywood Hill Ave., Suite 202
Huntersville, NC 28078
Phone: 704-599-8911

*Attorneys for Plaintiff*
*U.S. Cotton, LLC*

Dated: March 9, 2022

Respectfully submitted,

By: */s/ Erik R. Fuehrer*
Erik R. Fuehrer (Bar No. 252578)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Tel: 650.833.2000
Fax: 650.833.2001
erik.fuehrer@us.dlapiper.com

Michael G. Strapp (*pro hac vice*)
Christopher Deck (*pro hac vice*)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447

2

Tel: 617.406.6000
Fax: 617.406.6100
michael.strapp@us.dlapiper.com
christopher.deck@us.dlapiper.com

Attorneys for Defendant
A TO Z BEAUTY, LLC D/B/A CLIGANIC

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

_____          __3/10/2022_____
District Judge Haywood S. Gilliam Jr.              Date

3

STIPULATED DISMISSAL WITH PREJUDICE
Case No. 4:21-cv-02141-HSG